**Phillip MIZRACH, as Successor Personal Representative of the ESTATE OF Abraham I. KURLAND, Deceased, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 09–1415.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 23, 2009.

Phillip Mizrach, Appellant Pro Se. Thomas Harold Barnard, Allen F. Loucks, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mizrach, as personal representative of the Estate of Abraham I. Kurland, appeals from the district court's orders dismissing without prejudice his medical malpractice complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–2680 (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mizrach v. United States,* No. 1:08–cv02030–AMD (D. Md. Feb. 17, 2009 & Mar. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*